**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Annie R. Anderson<br>          <u>Debtor(s)</u> | CHAPTER 13<br><br>BKY. NO. 13-15264 MDC |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of REVERSE MORTGAGE SOLUTIONS, INC., as Servicer, and index same on the master mailing list.

Re: Loan # Ending In: 4810

                                    Respectfully submitted,

                                    **<u>/s/Thomas Puleo, Esquire</u>**
                                    Thomas Puleo, Esquire
                                    Brian C. Nicholas, Esquire
                                    KML Law Group, P.C.
                                    701 Market Street, Suite 5000
                                    Philadelphia, PA 19106-1532
                                    (215) 825-6306  FAX (215) 825-6406