IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| Annie Anderson | : | No. 13-15264-MDC |
| Debtor | | |

ANSWER TO STANDING TRUSTEE'S MOTION TO DISMISS

As of 8/7/18, the Debtor has completed their total plan payments in the amount of $17,437.00.

WHEREFORE Debtor respectfully requests this Honorable Court deny Trustee's Motion to Dismiss.

/s/ David M. Offen
David M. Offen
Attorney for Debtor

Dated: 08/28/18