```
                    IN THE UNITED STATES BANKRUPTCY COURT
                   FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                   :        CHAPTER 13

     Annie R. Anderson                   :        No. 13-15264-MDC
         Debtor
```

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing Answer to Trustee's Motion to Dismiss was served on August 27, 2018 on the Chapter 13 Trustee, William C. Miller, Esquire by electronic mail.

/s/ David M. Offen
David M. Offen Esq.
Attorney for Debtor
601 Walnut Street
Suite 160 West
Philadelphia, PA 19106
215-625-9600

8/28/18