United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 13-15264-mdc
Annie R. Anderson                                                     Chapter 13
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: ChrissyW              Page 1 of 2              Date Rcvd: Dec 13, 2018
                              Form ID: 138NEW             Total Noticed: 26

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 15, 2018.
```
db              +Annie R. Anderson,    5839 Belmar Terrace,    Philadelphia, PA 19143-5208
13078096       #+Beneficial/Hfc,    Po Box 9068,    Brandon, FL 33509-9068
13163747        Capital One, N.A.,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
13078098       +Citizens Bank,    1 Citizens Dr,    Riverside, RI 02915-3000
13086475       +Department Stores National Bank/Macy's,    Bankruptcy Processing,    Po Box 8053,
                 Mason, OH 45040-8053
13078099       +Jahjuan Anderson,    5839 Belmar Terrace,    Philadelphia, PA 19143-5208
13078101       +Mcydsnb,    9111 Duke Blvd,    Mason, OH 45040-8999
13088731       +NCO FINANCIAL SYSTEMS, INC.,    Po Box 4275,    Norcross, GA 30091-4275
13078102       +Northeastern Title Loans,    1502 North DuPont Hwy.,    New Castle, DE 19720-1902
13095079       +Philadelphia Gas Works,    800 W Montgomery Ave,    Phila Pa 19122-2898,
                 Attn: Bankruptcy Dept 3F
13078103        Philadelphia Gas Works,    P.O. Box 7789,    Philadelphia, PA 19101-7789
13269656       +Reverse Mortgage Solutions, Inc.,    c/o ANDREW F GORNALL,    KML Law Group, P.C.,
                 701 Market Street,    Suite 5000,    Philadelphia, PA 19106-1541
13078104       +WELLS FARGO,    3201 N 4th Ave,    Sioux Falls, SD 57104-0700
13078105        Wells Fargo,    Cscl Dispute Team Po Box 14517,    Des Moines, IA 50306
13108200        Wells Fargo Bank,    PO Box 660041,    Dallas, TX 75266-0041
13097259        Wells Fargo Bank NA,    PO Box 10438,    Des Moines IA    50306-0438
13205723       +Wells Fargo Bank, N.A.,    1 Home Campus,    MAC X2303-01A,    Des Moines, IA 50328-0001
13078106       +Wff Cards,    3201 N 4th Ave,    Sioux Falls, SD 57104-0700
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: megan.harper@phila.gov Dec 14 2018 03:12:20     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 14 2018 03:11:26
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Dec 14 2018 03:12:16     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13167686       +E-mail/Text: bncmail@w-legal.com Dec 14 2018 03:12:03     ALTAIR OH XIII, LLC,
                 C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
13099854       +E-mail/Text: g20956@att.com Dec 14 2018 03:12:53     AT&T Mobility II LLC,
                 % AT&T Services, Inc,    Karen Cavagnaro, Paralegal,    One AT&T Way, Room 3A104,
                 Bedminster, NJ 07921-2693
13078097        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Dec 14 2018 03:13:44     Cap One,
                 Po Box 85520,    Richmond, VA 23285
13078100       +E-mail/Text: bnckohlsnotices@becket-lee.com Dec 14 2018 03:10:59     Kohls/Capone,
                 N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
13206325        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 14 2018 03:13:48
                 Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
                                                                                              TOTAL: 8
```

```
                ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +WELLS FARGO BANK, N.A.,    1 Home Campus, MAC X2303-01A,    Des Moines, IA 50328-0001
13106354*       Wells Fargo Bank NA,    PO Box 10438,    Des Moines IA    50306-0438
13078107*      +Wff Cards,    3201 N 4th Ave,    Sioux Falls, SD 57104-0700
                                                                                              TOTALS: 0, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 15, 2018                                          Signature:  /s/Joseph Speetjens

```
District/off: 0313-2            User: ChrissyW              Page 2 of 2                   Date Rcvd: Dec 13, 2018
                                Form ID: 138NEW             Total Noticed: 26
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 13, 2018 at the address(es) listed below:
              ANDREW F GORNALL    on behalf of Creditor   Reverse Mortgage Solutions, Inc.
               agornall@kmllawgroup.com, bkgroup@kmllawgroup.com
              DAVID M. OFFEN    on behalf of Debtor Annie R. Anderson dmo160west@gmail.com,
               davidoffenecf@gmail.com;offendr83598@notify.bestcase.com
              THOMAS I. PULEO    on behalf of Creditor   Reverse Mortgage Solutions, Inc. tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                              TOTAL: 6
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Annie R. Anderson
     Debtor(s)

Bankruptcy No: 13−15264−mdc
Chapter: 13

---

## NOTICE OF DEADLINES

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1. The Standing Chapter 13 Trustee has filed his final report and account.

☑    2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑    3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

                      900 Market Street
                          Suite 400
                     Philadelphia, PA 19107

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

                                                                  For The Court
                                                    Timothy B. McGrath
                                                     Clerk of Court

Dated: 12/13/18

                                                                                     66 − 65
                                                                           Form 138_new